JANE McGRAIL, appellant,

*v.*

FRANCIS McGRAIL, respondent.

On appeal from a decree advised by Vice-Chancellor Green, whose opinion is reported in *3 Dick. Ch. Rep. 532.*

*Mr. Patrick H. Gilhooly,* for the appellant.

*Mr. Foster M. Voorhees,* for the respondent.

PER CURIAM.

An order was entered reversing the decree appealed from. No opinion filed. The order does not indicate the nature of the decree to be entered in the court of chancery.

*For affirmance*—DIXON, MAGIE, CLEMENT—3.

*For reversal*—THE CHIEF-JUSTICE, DEPUE, GARRISON, REED, VAN SYCKEL, WERTS, BOGERT, BROWN, KRUEGER, SMITH. WHITAKER—11.